UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 25 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:20-cr-135-JMS-TAB |
| DONALD RUDOLPH, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

[18 U.S.C. § 922(g)(3)]
[Possession of a Firearm by an Unlawful User of a Controlled Substance]

The Grand Jury charges that:

On or about February 5, 2020, in the Southern District of Indiana, Indianapolis Division, the defendant, DONALD RUDOLPH, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did knowingly possess in and affecting interstate commerce a firearm, that is, a Glock model 19X, 9mm semi-automatic handgun, in violation of Title 18, United States Code, Section 922(g)(3).

### COUNT TWO

[18 U.S.C. § 922(n)]
[Illegal Receipt of a Firearm by a Person under Indictment]

The Grand Jury charges that:

On or about February 5, 2020, in the Southern District of Indiana, Indianapolis Division, the defendant, DONALD RUDOLPH, who was then knowingly under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Narcotic Drug, a Level 6 Felony, under cause 49G25-1801-F6-002017, did willfully receive a firearm, that is, a

Glock model 19X, 9mm semi-automatic handgun, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(n);

### FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to: one (1) Glock model 19X, 9mm semi-automatic handgun, and all ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jayson W. McGrath
Assistant United States Attorney